THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. JAMES LOMBARDI, JR., Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.